ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HALLWOOD ENERGY, L.P., et al., | § | CASE NO. 09-31253-SGJ-11 |
| | § | |
| DEBTORS. | § | |
| | § | |
| DOUGLAS J. BRICKLEY, TRUSTEE FOR THE HALLWOOD ENERGY II CREDITORS' TRUST, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 11-03110 |
| | § | |
| TRI-DRILL, INC., | § | |
| | § | |
| DEFENDANT. | § | (Civ. Action #3:11-CV-0765-B) |

## REPORT TO DISTRICT COURT ON MOTION TO WITHDRAW REFERENCE

A Motion to Withdraw the Reference of the above entitled adversary proceeding was filed on April 13, 2011 (the "Motion"), [DE #6]. The United States Bankruptcy Court conducted a status conference concerning the Motion on May 10, 2011. 11 U.S.C. § 105(d); L.B.R. 5011-1. The bankruptcy court submits the following report to the United States District Court:

At the hearing on May 10, 2011, the parties announced that the matter had settled and that the Motion and Jury Demand would

be withdrawn. On June 13, 2011, Tri-Drill, Inc., the Defendant, filed a Notice of Withdrawal of Document [DE #12] which withdrew the Motion and Jury Demand based on the parties' settlement agreement.

Based on the foregoing, the bankruptcy court recommends that the district court deny the Motion as moot.

Dated: June 21, 2011

Respectfully submitted,

_____
Stacey G. C. Jernigan
United States Bankruptcy Judge

Kenneth Green #24036677
kennethgreen@snowfogel.com
SNOW FOGEL SPENCE LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019
Telephone: 713-335-4800
Facsimile: 713-335-4848
ATTORNEYS FOR TRI-DRILL, INC.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HALLWOOD ENERGY, L.P. | § | CASE NO. 09-31253-11 |
| a Delaware Limited Partnership, | § | (Jointly Administered) |
| | § | |
| Debtors. | § | |
| | § | |
| DOUGLAS J. BRICKLEY, TRUSTEE | § | |
| FOR THE HALLWOOD ENERGY II | § | |
| CREDITORS' TRUST | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 11-03110-sgj |
| | § | **JURY TRIAL DEMANDED** |
| TRI-DRILL, INC. | § | |
| | § | |
| Defendant. | § | |

### NOTICE OF WITHDRAWAL OF DOCUMENT
### [Relates to Docket Nos. 6 and 11]

Tri-Drill, Inc. ("Tri-Drill") files this Notice of Withdrawal of its Motion to Withdraw the Reference for Adversary Number 11-03110 and Brief in Support (the "Motion") (Docket No. 6) and Jury Demand (Docket No. 11). Tri-Drill's Notice of Withdrawal of the Motion and Jury Demand is made pursuant to the parties' announcement of settlement at the status conference held on May 10, 2011 and is without prejudice to Tri-Drill's right to refile the Motion and Jury Demand if the above-captioned adversary proceeding is not dismissed with prejudice, pursuant to the parties' settlement agreement.

Date: June 13, 2011                                             Respectfully submitted,


                                                                By: /s/ Kenneth Green
                                                                    Kenneth Green
                                                                    State Bar No. 24036677
                                                                    kennethgreen@snowfogel.com
                                                                    2929 Allen Parkway, Suite 4100
                                                                    Houston, TX  77019
                                                                    (713) 335-4800
                                                                    (713) 335-4830 direct
                                                                    (713) 335-4848 Fax
                                                                **ATTORNEYS FOR TRI-DRILL, INC.**


OF COUNSEL:

SNOW FOGEL SPENCE LLP
2929 Allen Parkway, Suite 4100
Houston, TX  77019
(713) 335-4800
(713) 335-4848 (Fax)


## CERTIFICATE OF SERVICE

I certify that on the 13th day of June 2011, a true and correct copy of the above and foregoing was served upon the following:

Brian A. Kilmer
J. Meritt Crosby
Brian D. Roman
Okin Adams & Kilmer LLP
3102 Maple Avenue, Suite 240
Dallas, TX  75201

                                                                /s/ Kenneth Green
                                                                Kenneth Green


I:\Client\KNIG0010 - Hallwood Energy Creditor Trustee- Preference\Pleadings\Tri-Drill\Notice of Withdrawal of Motion.docx