UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOUGLAS J. BRICKLEY, TRUSTEE FOR THE HALLWOOD ENERGY II CREDITORS' TRUST, | § § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. 3:11-CV-765-B |
| TRI-DRILL INC., | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the United States Bankruptcy Court's Report to District Court on Motion to Withdraw Reference (doc. 4), filed June 21, 2011. The Bankruptcy Court recommends that Defendant's Motion to Withdraw the Reference be denied as moot in light of the parties' representations to that court that the matter has settled. The Court agrees with the Bankruptcy Court that denial is warranred, and accordingly Defendant's Motion to Withdraw Reference (doc. 2) is hereby **DENIED as moot**.

SO ORDERED.

DATED June 30, 2011.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE